1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California  94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4  Email: srodriguez@cozen.com

5  Matthew F. Noone, Admitted *Pro Hac Vice*
   COZEN O'CONNOR
6  1900 Market Street
   Philadelphia, PA  19103
7  Telephone: 215.665.2000
   Facsimile: 215.665.2013

8
   Attorneys for Plaintiffs AMC ENTERTAINMENT, INC.
9  and NATIONAL UNION FIRE INSURANCE COMPANY
   OF PITTSBURG

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMC ENTERTAINMENT, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG,<br><br>           Plaintiffs,<br><br>   v.<br><br>KENNETH R. KINSTLEY and HONG Y. LI,<br><br>           Defendants. | Case No.: C 06 7192 MHP<br><br>[~~PROPOSED~~]<br>**ORDER CONTINUING CASE MANAGEMENT STATEMENT**<br><br>First Amended Complaint filed: 12/4/2006 |

Having read Plaintiffs' Amended Case Management Statement And Request For Stay Of Lawsuit Pending Criminal Proceedings Against Defendant Herein, this Court hereby sets a further status conference on _October 15_, 2007, in Courtroom 15th, 18th Floor, at 3:00 p.m.

///
///
///
///
///

1
ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: C 06 7192 MHP

1   At that time, Plaintiffs will report the status of the criminal cases currently being prosecuted
2   in the San Francisco County Superior Court against defendants herein.
3   IT IS SO ORDERED. *The parties shall file a Supplemental Case Management Conference Statement on or before October 9, 2007.*
4
5
6   Date: July 6, 2007
7   Marilyn H. Patel
    United States District Court Judge
8
9
10  SAN_FRANCISCO\41594\1

2
ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: C 06 7192 MHP