| | |
|---|---|
| 1 | Steven L. Rodriguez, State Bar No. 199313 |
| 2 | COZEN O'CONNOR<br>425 California Street, Suite 2400 |
| 3 | San Francisco, California  94104<br>Telephone: 415.617.6100 |
| 4 | Facsimile: 415.617.6101<br>Email:  srodriguez@cozen.com |
| 5 | |
| 6 | Attorneys for Plaintiffs AMC ENTERTAINMENT, INC.<br>and NATIONAL UNION FIRE INSURANCE COMPANY |
| 7 | OF PITTSBURG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMC ENTERTAINMENT, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, | ) ) ) ) | Case No.: C 06 7192 MHP |
| | ) ) | ~~[PROPOSED]~~ **ORDER CONTINUING STATUS CONFERENCE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | First Amended Complaint filed: 12/4/2006 |
| KENNETH R. KINSTLEY and HONG Y. LI, | ) ) ) ) | Date: December 8, 2008<br>Time: 3:00 p.m.<br>Room: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |
| Defendants. | ) | |

Having read Plaintiffs' Case Management Statement And Request For Stay Of Lawsuit Pending Criminal Proceedings of AMC Entertainment, Inc. and National Union Fire Insurance Company of Pittsburg filed herein, this Court hereby sets a further status conference on __March 30_____, 2009, in Courtroom 15th, 18th Floor, at 3:00 p.m.

At that time, Plaintiffs will report the status of the criminal cases currently being prosecuted in the San Francisco County Superior Court against defendants herein.

IT IS SO ORDERED.

Date: _12/5/2008_____     _____
                                Marilyn H. Patel
                                United States District

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT STATEMENT
Case No.: C 06 7192 MHP