Steven L. Rodriguez, State Bar No. 199313
COZEN O'CONNOR
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Facsimile: 866.765.8607
Email: srodriguez@cozen.com

Attorneys for Plaintiffs AMC ENTERTAINMENT, INC.
and NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMC ENTERTAINMENT, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH R. KINSTLEY and HONG Y. LI,<br><br>Defendants. | Case No.: C 06 7192 MHP<br><br>[PROPOSED]<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>First Amended Complaint Filed: 12/4/2006<br><br>Date: February 22, 2010<br>Time: 3:00 p.m.<br>Room: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

Having read Plaintiffs' Case Management Statement And Request For Stay Of Lawsuit Pending Criminal Proceedings of AMC Entertainment, Inc. and National Union Fire Insurance Company of Pittsburg filed herein, this Court hereby sets a further status conference on

///

///

///

///

///

1     August 23_____, 2010, in Courtroom 15th, 18th Floor, at 3:00 p.m.

2         At that time, Plaintiffs will report the status of the criminal cases currently being prosecuted

3 in the San Francisco County Superior Court against defendants herein.

5 IT IS SO ORDERED.

7 Date: 2/22/2010

8         United S_____

                             IT IS SO ORDERED
                             Judge Marilyn H. Patel

10 LOS_ANGELES\152025\163379

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of Los Angeles, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 777 S. Figueroa Street, Suite 2850, Los Angeles, CA 90017-5823; telephone (213) 892-7900, facsimile (213) 892-7999.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

[ ] **(By Facsimile)** I caused each such document to be sent via telecopier to the facsimile numbers listed for each party on the Service List on this date before 6:00 p.m.

[X] **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at Los Angeles, California.

[ ] **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ] **(By U.S. Postal Express Mail)** I caused each such envelope, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository at San Francisco, California for next day delivery.

[ ] **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

Kenneth R. Kinstley
Maria Lee Kinstley
P.O. Box 126
Walnut Creek, CA 94597

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 19, 2010 at Los Angeles, California.

By: _____
Gregory H. Kuhl