UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE,

        Plaintiff,

  v.

KENNETH R KINSTLEY et al,

        Defendant.

                                 /

Case Number: CV06-07192 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth R. Kinstley
P.O. Box 126
Walnut Creek, CA 94597

Dated: February 22, 2010

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk